Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX022598
Cashier ID: sq
Transaction Date: 10/07/2009
Payer Name: WHEELER TRIGG...
-----------------------------------
CIVIL FILING FEE
 For: WHEELER TRIGG...
 Amount:        $350.00
-----------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
-----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

09-CV-2392


A fee of $45.00 will be assessed on
any returned check.